COMMON CAUSE ET AL. v. SCHMITT ET AL.

No. 80–847.   Argued October 7, 1981—Decided January 19, 1982*

*Archibald Cox* argued the cause for appellants in No. 80–847.   With him on the briefs were *Michael L. Burack, Louis R. Cohen, Roger M. Whitten, Kenneth J. Guido, Jr.,* and *Ellen G. Block.*

*Jan W. Baran* argued the cause for appellees in both cases and filed a brief for appellees Schmitt et al.   *Roderick M. Hills, Robert K. Burgess, Robert B. Shanks,* and *Edward Sonnenschein, Jr.,* filed a brief for Americans for an Effective Presidency, appellee in No. 80–847.   *J. Curtis Herge* filed a brief for Fund for a Conservative Majority, appellee in No. 80–1067.

*Charles N. Steele* argued the cause for the Federal Election Commission, intervenor-appellee in No. 80–847 and appellant in No. 80–1067.   With him on the briefs were *Kathleen Imig Perkins* and *Richard B. Bader.*†

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE O'CONNOR took no part in the consideration or decision of these cases.

---

*Together with No. 80–1067, *Federal Election Commission* v. *Americans for Change et al.,* also on appeal from the same court.

†Briefs of *amici curiae* urging affirmance were filed by *Phillip A. Lacovara, Gerald Goldman, Ronald A. Stern, Charles S. Sims,* and *Arthur B. Spitzer* for the American Civil Liberties Union; and by *Wayne T. Elliot* and *Allen R. Hirons* for the Southeastern Legal Foundation, Inc.